**ORDERED.**

**Dated: July 02, 2010**

**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CHARLES R. ROSE,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:07-bk-05284-EWH |
| DERRICK COLLINS,<br><br>Plaintiff,<br>v.<br><br>CHARLES R. ROSE,<br><br>Defendant. | Adv. No. 2:08-ap-00033-EWH<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision of this date, judgment is awarded in the amount of $75,000.00 to Plaintiff, Derrick Collins, on Plaintiff's nondischargeability complaint. Interest will accrue at the federal judgment rate of 0.27% as specified by 28 U.S.C. § 1961.

Dated and signed above.

Notice to be sent through the
Bankruptcy Noticing Center “BNC”
to the following:

Charles R. Rose
10022 East Cortez Drive
Scottsdale, AZ  85260

Allan D. Newdelman, Esq.
Allan D. Newdelman, P.C.
80 East Columbus Avenue
Phoenix, AZ  85012

Christopher J. Pattock
Office of the U.S. Trustee
230 North First Avenue #204
Phoenix, AZ  85003-1706

Derrick Collins
2243 N. El Sereno Avenue
Altadena, CA 91001