# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>CHARLES R ROSE<br><br>Debtor(s) | Chapter<br>Case No. 2:07-BK-5284-EWH<br>Adv. No. 2:08-AP-33-EWH<br>BAP No. AZ-10-1381 |
| CHARLES R ROSE<br><br>Appellant(s)<br>v.<br>DERRICK COLLINS<br><br>Appellee(s) | **CERTIFICATE OF READINESS TO TRANSMIT RECORD ON APPEAL TO CLERK OF U.S. BANKRUPTCY APPELLATE PANEL** |

To: CLERK, U.S. BANKRUPTCY APPELLATE PANEL, NINTH CIRCUIT
125 S. Grand Avenue
Pasadena, California 91105

The undersigned Deputy Clerk of the U.S. Bankruptcy Court hereby certifies, pursuant to Rule 8007(b)-1 of the Rules of the US Bankruptcy Appellate Panels of the Ninth Circuit, that the Statement of Issues, Designation of Record, and Reporters Transcript are now on file in this office. The record will be so transmitted upon request from the Clerk of the Bankruptcy Appellate Panels.

DATE: October 26, 2010

Clerk of Court

By: C. Brenner
Deputy Clerk